ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of -- | ) |
| | ) |
| Christian & Sons LLC | ) ASBCA No. 62061-990 |
| | ) |
| Under Contract No. N00189-18-Q-0565 | ) |

APPEARANCE FOR THE PETITIONER:        Mr. Mike Kumm
                                                                          Owner

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                                                             Navy Chief Trial Attorney
                                                                             Matthew S. Hawkins, Esq.
                                                                             Trial Attorney

ORDER OF DISMISSAL

On May 6, 2019, Christian & Sons LLC filed a petition under Board Rule 1(a)(5) for an order directing the contracting officer to render a decision on its claim. By order dated May 13, 2019, the Board directed the government to either show cause why such an order should not be issued or indicate when the contracting officer would issue a decision. By letter dated May 29, 2019, government counsel informed the Board that the contracting officer had issued a final decision and included a copy of the final decision dated May 29, 2019.

Accordingly, the Board dismisses this petition as moot.

Dated: June 4, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62061-990, Petition of Christian & Sons LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2